IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL NEIL GATCH

    Petitioner,

-vs-

EDDIE MEJIA,

    Respondent.                    No. 14-cv-1076-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 25, 2014 (Doc. 29), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.**

                        JUSTINE FLANAGAN,
                        ACTING CLERK OF COURT

                        BY:  *s/Caitlin Fischer*
                              Deputy Clerk

**DATED:** March 28, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.28 20:38:09 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**